# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | |
| vs. ) | CIV 07-290-RAW |
| ) | |
| **1) ROBERT MEGEE,** ) | |
| Defendant. ) | |

## O R D E R

Now on this 6th day of February, 2008, there comes on for hearing motion by the plaintiff to correct the Journal Entry of Judgment due to Scrivener's Error. The Court being advised in the premises finds that said Journal Entry should be corrected.

IT IS THEREFORE ORDERED that the last paragraph of the Judgment be corrected to read as follows:

IT IS FURTHERED ORDERED, ADJUDGED AND DECREED by the Court that this judgment be entered against the defendant in the total amount of One Hundred Sixteen Thousand Thirty Eight Dollars ($116,038.00). The Judgment sum described herein is not an aggregate but is severable by cause of action should any portion of this Judgment fail as a matter of law.

**Dated this 6th Day of February 2008.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma